# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Pamela Grim MD <br> *Plaintiff,* <br> v. <br> Low Country Health Care System Inc, Ashley Barnes, Richard Boyles MD <br> *Defendants.* | ) <br> ) <br> ) Civil Action No.  1:17-02937-JMC <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other: the plaintiff shall take nothing of the defendants as to the defamation and civil conspiracy causes of action and these claims are dismissed without prejudice. It is further ordered that the plaintiff shall take nothing of the defendants as to the WDPP claim and this claim is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge presiding. The Court having granted in part the defendants' motion to dismiss as to the defamation, civil conspiracy and WDPP claims.

Date: June 26, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*